E-FILED
Monday, 13 June, 2022  04:24:04 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| ILLINOIS FUEL & RETAIL ASSOCIATION, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>ILLINOIS DEPARTMENT OF REVENUE, et al.,<br><br>      Defendants. | No. 3:22-cv-03089-SEM-KLM<br><br>Judge Sue E. Myerscough<br><br>Magistrate Judge Karen L. McNaught |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Defendants the Illinois Department of Revenue; David Harris, in his official capacity as Director of the Illinois Department of Revenue; and Dan Wright, in his official capacity as Sangamon County State's Attorney, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, respectfully request that this Honorable Court dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this motion are set forth in Defendants' Memorandum in Support of Their Motion to Dismiss Plaintiffs' Complaint, which they incorporate by reference.

Respectfully submitted,


ILLINOIS DEPARTMENT OF REVENUE,
and Director DAVID HARRIS,
and DAN WRIGHT, in their official capacities,

    Defendants,

KWAME RAOUL, Illinois Attorney General,

    Attorney for Defendants,


David T. Tichy
Assistant Attorney General
500 South Second Street
Springfield, IL  62701
Phone: (217) 782-1841
Fax: (217) 782-8767
Email: David.Tichy@ilag.gov

Alex Hemmer
Deputy Solicitor General
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
Phone: (312) 814-5526
Email: alex.hemmer@ilag.gov

BY:    <u>s/ David Tichy</u>
      David T. Tichy
      Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| ILLINOIS FUEL & RETAIL ASSOCIATION, SAUNDERS OIL CO., INC., et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 22-3089-SEM-KLM |
| ILLINOIS DEPARTMENT OF REVENUE, et al., | ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2022, the foregoing document, DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6), was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Donald M. Craven
**Donald M. Craven, P.C.**
1005 North Seventh Street
Springfield, IL 62702
don@cravenlawoffice.com
joe@cravenlawoffice.com
maralee@cravenlawoffice.com

By: __s/ David Tichy_____
David T. Tichy
Assistant Attorney General

David T. Tichy, ARDC #6321624
Assistant Attorney General
500 South Second Street
Springfield, IL  62701
Phone: (217) 782-1841
Fax: (217) 782-8767
Email: David.Tichy@ilag.gov
  & gls@ilag.gov

3